**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

    IT APPEARING THAT case number 20-cv-02960 was opened and assigned in error, therefore

    IT IS HEREBY ORDERED that the assignment of 20-cv-02960 shall be vacated and that case number 20-cv-02960 shall not be used for any other proceeding.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge Rebecca R. Pallmeyer

Dated at Chicago, Illinois this 20th day of May, 2020.